# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MORGAN,<br><br>                Plaintiff,<br><br>v.<br><br>CYCLERION THERAPEUTICS, INC., ERROL DE SOUZA, PETER HECHT, STEVEN HYMAN, OLE ISACSON, and TERRANCE MCGUIRE,<br><br>                Defendants. | Case No. 1:23-cv-05404-JGLC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Anthony Morgan ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: September 18, 2023

                                            Respectfully Submitted,

                                            */s/ Richard A. Acocelli*
                                            Richard A. Acocelli
                                            **ACOCELLI LAW, PLLC**
                                            33 Flying Point Road, Suite 131
                                            Southampton, NY 11968
                                            Tel: (631) 204-6187
                                            Email: racocelli@acocellilaw.com

                                            *Attorneys for Plaintiff*